IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIODELIVERY SCIENCES                  )
INTERNATIONAL, INC., ARIUS TWO,       )
INC., and ENDO PHARMACEUTICALS        )
INC.,                                 )
              Plaintiffs,           )     C.A. No. 16-1303 (GMS)
                              )     CONSOLIDATED
         v.                     )
                              )     REDACTED -
TEVA PHARMACEUTICALS USA, INC.        )     PUBLIC VERSION
and TEVA PHARMACEUTICAL               )
INDUSTRIES LTD.,                      )
              Defendants.           )

## STIPULATION AND ORDER

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

SHAW KELLER LLP
John W. Shaw (#3362)
Karen Elizabeth Keller (#4489)
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

*Attorneys for Defendants*

August 21 2017 - Original Filing Date
August 22, 2017 - Redacted Filing Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC., ARIUS TWO, INC., and ENDO PHARMACEUTICALS INC., | ) ) ) ) | |
| Plaintiffs, | ) | C.A. No. 16-1303 (GMS) |
| | ) | |
| v. | ) ) | REDACTED - PUBLIC VERSION |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) | |
| Defendants. | | |

## **STIPULATION AND ORDER**

WHEREAS, the parties have agreed ███████████████████████

███████████████████████████████████████████████████████

███████████

IT IS HEREBY STIPULATED and AGREED, by and between counsel for the

parties and subject to the approval of the Court, that the above-captioned action ████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          SHAW KELLER LLP

*/s/ Maryellen Noreika*                              */s/ Karen Elizabeth Keller*

_____          _____
Jack B. Blumenfeld (#1014)                     John W. Shaw (#3362)
Maryellen Noreika (#3208)                      Karen Elizabeth Keller (#4489)
1201 North Market Street                        300 Delaware Avenue, Suite 1120
P.O. Box 1347                                   Wilmington, DE  19801
Wilmington, DE  19899                          (302) 298-0700
(302) 658-9200                                  jshaw@shawkeller.com
jblumenfeld@mnat.com                           kkeller@shawkeller.com
mnoreika@mnat.com

                                                *Attorneys for Defendants*

*Attorneys for Plaintiffs*

SO ORDERED this _____ day of August 2017.


_____

United States District Judge