IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC., ARIUS TWO, INC., and ENDO PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-1303 (GMS) CONSOLIDATED |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF DISMISSAL

The Court, upon the consent and request of Plaintiffs BioDelivery Sciences International, Inc., Arius Two, Inc., and Endo Pharmaceuticals, Inc., (collectively, "Plaintiffs") and Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd., (collectively, "Defendants"), hereby acknowledges the following Stipulation and issues the following Order.

## STIPULATION

1.    This Court has subject matter jurisdiction over this patent infringement action (the "Action"). Plaintiffs and Defendants consent to personal jurisdiction in this Court for purposes of this Stipulation And Order, and any proceedings relating thereto.

2.    In this Action, Plaintiffs have charged Defendants with infringement of United States Patent No. 7,579,019 ("the '019 patent") and United States Patent No. 8,147,866 ("the '866 patent"), (collectively, "the Patents-in-Suit"), in connection with Defendants' submissions of Abbreviated New Drug Application ("ANDA") No. 209704 directed to generic 900 mcg buprenorphine buccal film products labeled for the use in the treatment of opioid dependences to the U.S. Food and Drug Administration ("FDA") and ANDA No. 209772 directed to generic 300

mcg, 450 mcg, 600 mcg, and 750 mcg buprenorphine buccal film products labeled for the use in the treatment of opioid dependences to the FDA.

3.    Defendants acknowledge and agree that the Patents-in-Suit are valid, enforceable, and infringed with respect to Defendants' ANDA Nos. 209704 and 209772.

4.    The Parties agree that all claims and defenses set forth in their pleadings against each other, including the allegations and averments contained therein, should be dismissed, with prejudice.

<u>**ORDER**</u>

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Defendants, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.    All claims and defenses set forth in Plaintiffs' and Defendants' pleadings against each other, including the allegations and averments contained therein, are hereby dismissed, with prejudice.

2.    Defendants and their Affiliates (as defined in the Parties' settlement agreement resolving the Action) are hereby enjoined from manufacturing, using, offering to sell or selling within the United States, or importing into the United States, the generic 900 mcg buprenorphine buccal film products that are the subject of ANDA No. 209704 and the generic 300 mcg, 450 mcg, 600 mcg, and 750 mcg buprenorphine buccal film products that are the subject of ANDA No. 209772 during the life of the '019 and '866 Patents, including any extensions and pediatric exclusivities, except as permitted in the Parties' settlement agreement resolving the Action or other authorization by Plaintiffs.

3.    Plaintiffs and Defendants each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

4.      This Court retains jurisdiction over Plaintiffs and Defendants for purposes of

enforcing this Stipulation And Order.

5.      This Stipulation And Order shall finally resolve this Action between Plaintiffs and

Defendants.

6.      The Clerk of the Court is directed to enter this Stipulation And Order forthwith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP      SHAW KELLER LLP

*/s/ Maryellen Noreika*                    */s/ Karen E. Keller*

Jack B. Blumenfeld (#1014)                 John W. Shaw (#3362)
Maryellen Noreika (#3208)                  Karen E. Keller (#4489)
1201 North Market Street                   1105 North Market Street
P.O. Box 1347                              12th Floor
Wilmington, DE  19899                      Wilmington, DE  19801
(302) 658-9200                             (302) 298-0700
jblumenfeld@mnat.com                       jshaw@shawkeller.com
mnoreika@mnat.com                          kkeller@shawkeller.com

*Attorneys for Plaintiffs*                 *Attorneys for Defendants*

SO ORDERED this 7th day of February 2018.

United States District Judge

3